IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 19 2017
JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

| | | |
|---|---|---|
| JONATHAN AUBREY ARRINGTON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:17-cv-00132 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| MEDIKO, INC., | ) | By: Jackson L. Kiser |
| Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 19th day of October, 2017.

*/s/ Jackson L. Kiser*
Senior United States District Judge